DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

MARIA ELENA CORTES MALDONADO
14620 PEARL AVE
CLEARLAKE, CA 95422

Debtor(s)

Chapter 13
Case No: 23-10248 DM
Date: March 13, 2024
Time: 10:00 AM
Ctrm: TELEPHONE / VIDEO
,

MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE UNDER 11 U.S.C. SECTION 1307(c)

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR'S(') ATTORNEY OF RECORD.

The Chapter 13 Trustee, DAVID BURCHARD, moves the court for an order, pursuant to 11 U.S.C. Section 1307(c), dismissing this case for cause in that the Debtor(s) failed to make plan payments as described in Debtor(s)' confirmed Chapter 13 Plan.

1.  This court has jurisdiction over this matter pursuant to 11 U.S.C. Section 1307(c), Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. Section 157(b)(2)(A).

2.  This motion is made for cause pursuant to 11 U.S.C. Section 1307(c) on grounds that the Debtor(s) failed to make plan payments as described in Debtor(s)' confirmed Chapter 13 Plan. In order for this Motion to Dismiss to be withdrawn, Debtor(s) must cure this delinquency **AND** make all subsequent monthly payments that are due.  This motion is based upon all documents, records on file, together with this Notice of Motion, Motion, Declaration and any such additional documents, records and evidence which may be presented.

3.  An Order Confirming Plan was entered 09/14/2023.

4.  The Debtor(s) current monthly payment is $455.00.

5.  Pursuant to the Debtor(s)' confirmed plan, to be current through February 2024 the Debtor(s) should have paid the Trustee $4,095.00.

6.  As of the date hereof, the Debtor(s) have paid $2,215.00.

7.  Therefore, the default as of February 2024, is $1,880.00.

8.  This default amount may increase by future payments due, after this Motion to Dismiss is filed.

9.  The cause to dismiss this case exists because the Debtor(s) has failed to make payments as described in the debtor(s)' confirmed Chapter 13 Plan and the Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.  You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

Dated:        February 12, 2024                                                       David Burchard
                                                                                David Burchard, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| MARIA ELENA CORTES MALDONADO<br>14620 PEARL AVE<br>CLEARLAKE, CA 95422<br>Debtor(s) | Chapter 13<br>Case No:  23-10248 DM<br>Date:       March 13, 2024<br>Time:       10:00 AM<br>Ctrm:       TELEPHONE / VIDEO<br>, |

DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE,
DAVID BURCHARD'S, MOTION TO DISMISS CASE UNDER
11 U.S.C. SECTION 1307(c)

I am the custodian and/or keeper of the business records referenced herein, and I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration except as to those stated on information and belief and as to those matters, I believe them to be true and correct.  If called upon as a witness, I could and would competently testify to the fact contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. An Order Confirming Plan was entered 09/14/2023.

2. The Debtor(s) monthly payment is $455.00.

3. Pursuant to the Debtor(s)' confirmed plan, to be current through February 2024 the Debtor(s) should have paid the Trustee $4,095.00.

4. As of the date hereof, the Debtor(s) have paid $2,215.00.

5. Therefore, the default as of February 2024 is $1,880.00.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on February 12, 2024, in Foster City, California.

Dated:         February 12, 2024                     David Burchard
      David Burchard, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1111 Triton Drive, Suite #100, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Under 11 U.S.C. Section 1307(c), the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Under 11 U.S.C. Section 1307(c)** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    MARIA ELENA CORTES MALDONADO
    14620 PEARL AVE
    CLEARLAKE, CA 95422

The following recipients have been served via Court's Notice of Electronic Filing:

    EVAN LIVINGSTONE
    evanmlivingstone@gmail.com

Dated:    February 12, 2024        LIZ WHIGHAM
                                                 LIZ WHIGHAM